AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mauricio Castaneda-Jaimes | ) Case No. 12-8482-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
DEC 1 1 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 8, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 11, 2012

_____
Judge's signature

City and state: West Palm Beach, Florida

U.S. Magistrate Judge William Matthewman
*Printed name and title*

## UNITED STATES v. MAURICIO CASTANEDA-JAIMES
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Mauricio CASTANEDA-JAIMES, also known as Mauricio CASTANEDA, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about December 8, 2012, Mauricio CASTANEDA-JAIMES was arrested in Palm Beach County, Florida, for domestic battery by strangulation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system, which showed a positive match for an individual previously removed from United States under alien number A090 435 644.

4. On or about December 10, 2012, I received copies from the immigration alien file bearing control number A090 435 644 corresponding to Mauricio CASTANEDA-JAIMES. Records within this alien file assigned to Mauricio CASTANEDA-JAIMES show that he is a native and citizen of Mexico. Records further

1

show that on or about April 5, 1994, Mauricio CASTANEDA-JAIMES was ordered removed from the United States. The Order of Removal was executed on or about April 5, 1994, whereby Mauricio CASTANEDA-JAIMES was removed from the United States to Mexico. Thereafter, Mauricio CASTANEDA-JAIMES re-entered into the United States illegally and was removed for the second time on or about May 10, 1999.

5. Records further show that on or about March 8, 1999, in the District Court of Hidalgo County, State of Texas, Mauricio CASTANEDA-JAIMES was convicted of possession of marijuana in case number CR-523-99E.

6. Additional records obtained by your affiant show, that on or about April 2, 1999, in the United States District Court, Southern District of Texas, Mauricio CASTANEDA-JAIMES was convicted of illegal entry in case number 99-MJ-00908-1.

7. Martin County Sheriff's Office Latent Print Examiner Diane Crowther conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on December 8, 2012, that is, Mauricio CASTANEDA-JAIMES, was the same person previously removed from the United States on or about May 10, 1999.

8. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Mauricio CASTANEDA-JAIMES filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Mauricio CASTANEDA-JAIMES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A

certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, I believe that there is probable cause to believe that, on or about December 8, 2012, Mauricio CASTANEDA-JAIMES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this _11th_ day of December, 2012.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-8482-WM

UNITED STATES OF AMERICA

vs.

MAURICIO CASTANEDA-JAIMES,
        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _/s/ Susan R. Osb_____
                Susan R. Osborne
                Assistant United States Attorney
                Court No. A5500797
                500 South Australian Ave, Suite 400
                West Palm Beach, Florida  33410
                TEL (561) 209-1003